Nov. Term,
1859.

MAY
v.
McCRAY.

---

MAY and Others *v.* McCRAY.*

Saturday,
January 14,
1860.

APPEAL from the *Marion* Circuit Court.

*Per Curiam.*—This was a suit upon notes, and to foreclose a mortgage given to secure the payment thereof. Judgment for the amount of the notes and of foreclosure.

There is no error pointed out by the brief of counsel.

The judgment is affirmed with 2 per cent. damages and costs.

*A. May*, in person.

*J. W. Gordon*, for the appellee.

* A petition for a rehearing of this case was filed on the 14th of *March*, and overruled on the 3d of *May*, 1860.